UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCTOBER 18, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARON TARVER,

Defendant.

Case No.  2:18-mj-00207 DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DARON TARVER Case No. 2:18-mj-00207 DB Charge 18 U.S.C. § 500 from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $   25,000.00

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): Pretrial conditions as stated on the record in open court.

Issued at Sacramento, California on October 18, 2018 at 2:30 PM

By: _____
Magistrate Judge Deborah Barnes