Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant DARON TARVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DARON TARVER,<br><br>  Defendant. | Case No.: 2:18-CR-0223 TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND FINDINGS AND ORDER |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and the defendant, by and through his counsels of record, hereby stipulate as follows:

1. The parties are set to appear on January 31, 2019 at 9:30 a.m. for status. By this stipulation, the defendant now moves to continue status conference until March 14, 2019, at 9:30 a.m., and to exclude time from January 31, 2019 to March 14, 2019. Based on the amount of discovery so far provided, counsels for defendant need additional time to properly prepare a defense. Counsels for the defendant believe that failure to grant the above requested continuance would deny them the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of January 31, 2019 to March 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                           Respectfully submitted,

Dated: January 24, 2019                        ___/s/ Mary Ann F. Bird_____
                                               MARY ANN F. BIRD
                                               Attorney for DARON TARVER


Dated: January 24, 2019                        NICOLA T. HANNA
                                               United States Attorney

                                               ___/s/ Veronica Dragalin_____
                                               VERONICA DRAGALIN
                                               Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: January 25, 2019

_____
Troy L. Nunley
United States District Judge