Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for:
DARON TARVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DARON TARVER<br>                Defendant | CASE NO. 18-CR-0223 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 7/18/19 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Veronica Dragalin, and Defendants Daron Tarver, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 23, 2019.

2. By this stipulation, defendants now move to continue the status conference until July 18, 2019, and to exclude time between May 23, 2019, and July 18, 2019, under Local Code T4. Plaintiff does not oppose this request. Defense Counsel is new to this case and requires time to review discovery, meet with the Client, conduct investigation and otherwise prepare for trial.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for Defendant desires additional time to continue to review discovery, conduct investigation, and to otherwise prepare for trial. Counsel for Defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

b) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2019, to July 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 7, 2019                      NICOLA T. HANNA
United States Attorney

/s/ Veronica Dragalin
VERONICA DRAGALIN
Assistant United States Attorney

Dated: May 7, 2019                      /s/ Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for DARON TARVER

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of May, 2019

Troy L. Nunley
United States District Judge